AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Tiffany Ardam (312) 353-0951


**FILED**
9/12/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

v.

JOSE GUILLERMO RAMOS-CUELLAR

CASE NUMBER: 1:25-cr-00569

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about March 7, 2025, at Cook County, in the Northern District of Illinois, Eastern Division, the defendant violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 8, United States Code, Section 1326(a) | reentry of removed alien, by being present and found in the United States after having been previously removed |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

Digitally signed by
RENEE D FALS
Date: 2025.09.12
11:59:50 -05'00'

RENEE FALS
Deportation Officer
Immigration and Customs Enforcement

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 12, 2025

*Judge's signature*

City and state: Chicago, Illinois

Jeffrey T. Gilbert, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, RENEE FALS, being duly sworn, state as follows:

1.    I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have been employed by ICE for approximately 18 years. My current responsibilities include the apprehension of criminal aliens. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens. In particular, I have successfully completed basic immigration law enforcement training, as required by Title 8, Code of Federal Regulations, Section 287.5(e)(3)(iv).

2.    I submit this affidavit in support of a criminal complaint alleging that JOSE GUILLERMO RAMOS-CUELLAR (RAMOS-CUELLAR) illegally reentered the United States after removal, in violation of Title 8, United States Code, Section 1326(a). This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging RAMOS-CUELLAR with illegal reentry. As such, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that RAMOS-CUELLAR committed the illegal reentry offense alleged in the complaint.

3.    This affidavit is based on my personal knowledge and involvement in this investigation; my training and experience; the personal knowledge, training, and

experience of other law enforcement agents with whom I have consulted; and my review of pertinent documents and records, including documents and records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4. According to DHS records, RAMOS-CUELLAR was born in Mexico in 1985; is a native and citizen of Mexico; and has no claim to United States citizenship or lawful residence.

5. Records maintained by the Cook County Circuit Court in Illinois, reflect that on or about June 7, 2019, RAMOS-CUELLAR was convicted of criminal sexual abuse and sentenced to two years' probation.

6. According to DHS records, on or about March 26, 2020, RAMOS-CUELLAR was ordered removed from the United States to Mexico by an Immigration Judge in Chicago, Illinois.

7. According to DHS records, on or about April 3, 2020, RAMOS-CUELLAR was removed from the United States to Mexico through Hidalgo, Texas.

8. On or about March 7, 2025, RAMOS-CUELLAR was arrested by the Skokie Police Department in Illinois for the offense of violating the sex offender registry and was subsequently processed and fingerprinted. The fingerprints were electronically uploaded into the Federal Bureau of Investigations, Integrated Automated Fingerprint Identification System ("IAFIS").

9. On or about August 26, 2025, a fingerprint comparison analysis was conducted by the Homeland Security Investigations Forensic Laboratory and verified

that RAMOS-CUELLAR is the same person who was removed from the United States on or about April 3, 2020.

10.     DHS records reflect that RAMOS-CUELLAR has not applied for or received permission from the Secretary of the Department of Homeland Security to re-enter the United States.

11.     Based on the forgoing, I respectfully submit that there is probable cause to believe that on or about April 3, 2020, RAMOS-CUELLAR, being an alien who last removed from the Unted States on or about March 7, 2025, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Digitally signed by RENEE D FALS
Date: 2025.09.12 12:00:21 -05'00'

RENEE FALS
Deportation Officer
Immigration and Customs Enforcement

SWORN TO AND AFFIRMED by telephone September 12, 2025.

Honorable Jeffrey T. Gilbert
United States Magistrate Judge

3